**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:18-CV-551-KDB-DCK**

| | |
|---|---|
| DAMMIONE MEYERS, PATRICIA ROBERTS, and ERNESTINE WASHINGTON, )<br>)<br>) | |
| Plaintiffs, )<br>) | |
| v. ) | **ORDER** |
| ) | |
| CATAMOUNT MARKETING GROUP, INC., d/b/a THE BENEFIT CORNER, CONCELIUM, LLC, d/b/a LIBERTY TAX, CHRISTOPHER BRYAN LANDIS, AMY SHOE CLAY, KAREN B. LANDIS, and MICHAEL S. LANDIS, )<br>)<br>)<br>)<br>)<br>) | |
| Defendants. )<br>) | |

**THIS MATTER IS BEFORE THE COURT** on Plaintiffs' "Consent Motion For Amended Case Management Plan" (Document No. 35) filed August 30, 2019. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting Defendants' consent, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Plaintiffs' "Consent Motion For Amended Case Management Plan" (Document Nos. 35) is **GRANTED**. The deadlines in this case are hereby set as follows:

        Discovery Completion    January 28, 2020;

        Mediation Report    March 11, 2020;

        Dispositive Motions    March 27, 2020; and

        Trial    September 14, 2020.

**SO ORDERED**.

Signed: August 30, 2019

David C. Keesler
United States Magistrate Judge