# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:18-CV-551-KDB-DCK

| | |
|---|---|
| DAMMIONE MEYERS, PATRICIA ROBERTS, and ERNESTINE WASHINGTON, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) **ORDER** ) |
| CATAMOUNT MARKETING GROUP, INC. d/b/a THE BENNETT CORNER, CONCELIUM, LLC, d/b/a LIBERTY TAX, CHRISTOPHER BRYAN LANDIS, AMY SHOE CLAY, KAREN B. LANDIS and MICHAEL S. LANDIS, | ) ) ) ) ) ) ) |
| Defendants. | ) ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The mediator, Stephen J. Dunn, filed a "Report Of Mediator" (Document No. 40) on March 13, 2020 notifying the Court that "the parties have now reached an agreement to resolve all disputes existing among them." The Court commends the mediator, counsel, and the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case on or before **April 17, 2020**.

**SO ORDERED**.

Signed: March 16, 2020

David C. Keesler
United States Magistrate Judge